```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    VALERIE L. MAKAREWICZ
 4  Special Assistant United States Attorney
    SBN 229637
 5    Room 7211, Federal Building
      300 North Los Angeles Street
 6    Los Angeles, California  90012
      Telephone:  (213) 894-2729
 7    Facsimile:  (213) 894-0115
      Email: valerie.makarewicz@usdoj.gov
 8
    Attorneys for United States of America
 9
```

*Corrected ORDER*

[FILED stamp: CLERK U.S. DISTRICT COURT, MAY 29 2008, CENTRAL DISTRICT OF CALIFORNIA]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV08-2654-SVW(RCx) |
| Petitioner, | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| ELMER DELGADO, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1  1995) (the Government's *prima facie* case is typically made
2  through the sworn declaration of the IRS agent who issued the
3  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4  (9th Cir. 1993).

5  **THEREFORE, IT IS ORDERED** that Respondent appear before this
6  District Court of the United States for the Central District of
7  California in Courtroom No. 6,

8  _x_    United States Courthouse
           312 North Spring Street,
9          Los Angeles, California 90012

10

11     ____   Roybal Federal Building and United States Courthouse
              255 E. Temple Street,
12            Los Angeles, California 90012

13

14     ____   Ronald Reagan Federal Building and United States Courthouse
              411 West Fourth Street,
15            Santa Ana, California 92701

16

17     ____   Brown Federal Building and United States Courthouse
              3470 Twelfth Street, Riverside, California 92501
18

19  on June /6, 2008, at 1:30 p.m.
20  and show cause why the testimony and production of books, papers,
21  records and other data demanded in the subject Internal Revenue
22  Service summons should not be compelled.

23  **IT IS FURTHER ORDERED** that copies of this Order, the
24  Petition, Memorandum of Points and Authorities, and accompanying
25  Declaration be served promptly upon Respondent by any employee of
26  the Internal Revenue Service or by the United States Attorney's
27  Office, by personal delivery or by certified mail.
28

2

1  **IT IS FURTHER ORDERED** that within ten (10) days after
2  service upon Respondent of the herein described documents,
3  Respondent shall file and serve a written response, supported by
4  appropriate sworn statements, as well as any desired motions.
5  If, prior to the return date of this Order, Respondent files a
6  response with the Court stating that Respondent does not desire
7  to oppose the relief sought in the Petition, nor wish to make an
8  appearance, then the appearance of Respondent at any hearing
9  pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     **IT IS FURTHER ORDERED** that all motions and issues raised by
2 the pleadings will be considered on the return date of this
3 Order.  Only those issues raised by motion or brought into
4 controversy by the responsive pleadings and supported by sworn
5 statements filed within ten (10) days after service of the herein
6 described documents will be considered by the Court.  All
7 allegations in the Petition not contested by such responsive
8 pleadings or by sworn statements will be deemed admitted.

10 DATED: This 24th day of April, 2008

                                    United States District Judge

Presented By:

THOMAS P. O,BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Special Assistant United States Attorney
Attorneys for United States of America
Petitioner